

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2020

No. 04-19-00381-CV

**IN THE INTEREST OF J.O., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01006
Honorable Richard Garcia, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The parties have filed an agreed motion to expedite this court's mandate in this appeal. The motion is GRANTED, and the clerk of the court is DIRECTED to issue this court's mandate in this appeal contemporaneously with the issuance of this order. *See* TEX. R. APP. P. 18.1(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court